This form is approved by the Illinois Supreme Court and must be accepted in all Illinois courts.
Forms are free at ilcourts.info/forms.

*This Process was delivered to you at:*
3.34 o'clock P.M.
16 day of 2024
MICHAEL OROZCO CONSTABLE
Dallas County, Texas, Precinct 5
By: J. Guevara Badge # 516

**F I L E D**
SEP 16 2024
IRIS Y MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | **SUMMONS** | *For Court Use Only* |
|---|---|---|

| | | |
|---|---|---|
| **Instructions ▾** | | |
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* Xavier Payne, MARY Payne Guardian | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* Southwest Airlines Keith Dunn 2702 Lovefield Dr | |
| Enter the Case Number given by the Circuit Clerk. | Dallas TX. 75235 | **Case Number** 2024L010198 |
| | ☒ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

---

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees*.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Detinue
- Order of protection
- Divorce
- Administrative review cases
- Eviction
- Stalking no contact orders
- Paternity
- Adult guardianship
- Foreclosure
- Civil no contact orders
- Small Claims

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

**EXHIBIT 1**

Enter the Case Number given by the Circuit Clerk: *2024 010198*

| | | |
|---|---|---|
| In 1a, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** | **Defendant/Respondent's address and service information:** |

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: *Southwest Airlines*

Registered Agent's name, if any: *Keith Dunn*

Street Address, Unit #: *2702 Love Field Dr*

City, State, ZIP: *Dallas TX 75235*

Telephone: *800 435-9792*  Email: _____

| | |
|---|---|
| In 1b, enter a second address for the first Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: |

Name *(First, Middle, Last)*: _____

Street Address, Unit #: _____

City, State, ZIP: _____

Telephone: _____  Email: _____

| | |
|---|---|
| In 1c, check how you are sending your documents to this Defendant/ Respondent. | c. Method of service on Defendant/Respondent: |

☒ Sheriff  ☒ Sheriff outside Illinois: _____
                                    *County & State*

☐ Special process server  ☐ Licensed private detective

| | |
|---|---|
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐ **I am serving more than 1 Defendant/Respondent.**<br><br>I have attached ___*2*___ *Additional Defendant/Respondent Address*<br>　　　　　*Number*<br>*and Service Information* forms. |

| | | |
|---|---|---|
| In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property. | **2.** | **Information about the lawsuit:** |

a. Amount claimed: $ *2,000,000.00*

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

| | | |
|---|---|---|
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:** |

Name *(First, Middle, Last)*: *Karen L. Payne / Mary Payne*

Street Address, Unit #: *5050 Lombay Dr*

City, State, ZIP: *Olympia Field ILL 60461*

Telephone: *708-769-6067*  Email: *mache 2020@icloud.com*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |

| | | |
|---|---|---|
| Check 4a or 4b. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** |

☐ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: _____

City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk *2024L010198*

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| **Instructions** | Xavrick Payne |  |
|---|---|---|
| Enter above the county name where the case was filed. | Mimy Payne (Guardian) |  |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** (First, middle, last name) |  |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. Southwest Airlines Keith Dunn | |
| | **Defendant / Respondent** (First, middle, last name) |  |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ and I state
       *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:

        ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____ Race: _____

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____

        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
        member or lives there:

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____

        City, State, ZIP: _____

        And left it with: _____
                  *First, Middle, Last*

        ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____ Race: _____

        and by sending a copy to this defendant in a postage-paid, sealed envelope to the
        above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                           *First, Middle, Last*

        ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____ Race: _____

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address: _____

        City, State, ZIP: _____

Civil Action Cover Sheet - Case Initiation                    (12/01/20) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Xavier L. Payne / Mary Payne
Guardian
v.

Southwest airlines / Keith Dunn

No. **2024L010198**
**Judge: Calendar, X**

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the
complaint in all civil actions. The information contained herein
is for administrative purposes only and cannot be introduced into
evidence. Please check the box in front of the appropriate case
type which best characterizes your action. Only one (1) case type
may be checked with this cover sheet.

Jury Demand  ☐ Yes  ☐ No

```
F I L E D

SEP 16 2024

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```
(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road
  Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☒ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

Primary Email: Nache 2020@icloud.com

Secondary Email: _____

Tertiary Email: _____

By: _____        (Pro Se) Xavier Payne
   (Attorney)                Mary Payne

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice
form the Clerk's Office for this case at this email address: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | CERTIFICATION FOR EXEMPTION FROM E-FILING | For Court Use Only |
|---|---|---|

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

*Xavier L. Payne*
*Mary a Payne Guardian*

**Plaintiff / Petitioner** *(First, middle, last name)*

Enter the name of the person being sued as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

V.

*Southwest Airlines*
*Keith Dunn*

**Defendant / Respondent** *(First, middle, last name)*

F I L E D
SEP 16 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**2024L010198**
**Judge: Calendar, X**

In **1**, check the reasons you are asking to file by mail, in person, or by other means. You should check all that apply.

You are exempt from e-filing and you do not need to file this *Certification* if:
- you are in jail or prison;
- ~~you are filing with~~
- you are filing into a juvenile case; OR
- your disability prevents you from e-filing.

**1. I am not able to e-file documents in this case for the following reasons** *(check all that apply)*:

☑ I am representing myself and do not have the Internet or a computer in my home. My only access is through a public terminal at a courthouse, library, or other location. This poses a financial or other hardship.

☐ I am representing myself and have trouble reading, writing, or speaking in English.

☐ I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

☑ I tried to e-file my documents, but I was unable to complete the process because the equipment or assistance I need is not available.

**2. Illinois Supreme Court Rule 9(c)(5) allows for an exemption from e-filing for good cause.** For the above reasons, I need a good cause exemption from e-filing for my entire case or until I am able to e-file.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

I certify that everything in the *Certification for Exemption from E-filing* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.

*Mary a Payne/Xavier L. Payne*          *3040 London Dr*
**Your Signature**                                    **Street Address**

*Mary a Payne  Xavier L Payne*          *Olympia Field IL 6046*
**Print Your Name**                                    **City, State, ZIP**

*708 361-6067*                                 *Nache2020@icloud.com*
**Telephone**                                              **Email**

GETTING COURT DOCUMENTS BY EMAIL: You should use an email account that you d[...]
every day. If you do not c[...]

Complaint

(02/14/22) CCL 0063 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

Xavier L. Payne / Mary Payne

_Plaintiff(s)_

v.

Southwest Airlines / Keith Dunn

_Defendant(s)_

Case No. _____ 2024L010198
Judge: Calendar, X

Contract: _____

Amount Claimed: $20,000,000.00

Return Date: _____

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required.):

See attached complaint

F I L E D

SEP 16 2024

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

The allegations in this complaint are true.

Atty. No.: _____ Pro Se 99500

Atty Name: Mary A Payne          Dated: 9/16/24

Atty. for (if applicable): _____

Address: 3040 London Dr

City: Olympia Fields     State: ILL

Zip: 60461

Telephone: 708-361-6067

Primary Email: Nache2020@icloud.com

Signature (Mary A Christ Payne / Xavier L. Payne)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

Xavier L Payne

Mary A. Overton Payne Guardian

3040 Olympia Fields, IL 60461

708-261-6067

Case # 55214190

Southwest Airlines

Kenith.dunn@wnco.com

**FILED**

**SEP 16 2024**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

IFLYSWA

This is an official lawsuit for the negligence, damage, and a permanent injury to the head, ear, and shoulders of the right side of Xavier Payne's upper body that occurred on September 15, 2022. The injuries resulted because the stewardess rolled him to the first seat on second row next to aisle and asked him to seat in the first seat. The stewardess asked the passenger to place the luggage in the overhead compartment above Xavier's head. The luggage fell from the compartment and damaged the head, ear, and shoulder of Xavier. He has been in great pain and has been under medical treatment since September 15, 2022. He has required physical therapy, CAT SCAN, Head/Cervical/Spine x-rays. He has seen neurologists and ear specialist. He is undergoing pain management and is experiencing anxiety attacks and is experiencing a fear of flying as a result of the injury. Surgery has been recommended for Xavier for ear and shoulder pain. He also experiences extensive headaches. He is requiring the use of pain medications due to the negligence and damages of Southwest Airlines.

I am requesting $2,000,000.00 settlement for pain and suffering and permanent damage, surgery, physical therapy, hospital bills, doctor bills, nursing care, and any future care regarding this injury for Xavier L Payne for this negligence and damages from Southwest Airlines.

Xavier L. Payne

Mary A Overton Payne- Guardian

2024LD1098

| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. | **Attend court:**
On: _____ at _____ ☐ a.m. ☐ p.m. in _____
          *Date*              *Time*                              *Courtroom*
**In-person at:** |

Courthouse Address       City                    State        ZIP

| In 4b, fill out:
• The court date and time the clerk gave you.
• The courtroom and address of the court building.
• The call-in or video information for remote appearances (if applicable).
• The clerk's phone number and website.

All of this information is available from the Circuit Clerk. | OR
**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

    By telephone: _____
                        *Call-in number for telephone remote appearance*
    By video conference: _____
                              *Video conference website*

    _____
    *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
                        *Circuit Clerk's phone number*
at _____ to find out more about how to do this.
    *Website* |

| STOP!
The Circuit Clerk will fill in this section. | Witness this Date: **IRIS Y. MARTINEZ  SEP 1 6 2024**                    Seal of Court

Clerk of the Court: _____ |

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 40 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
                    *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

SU-S 1503.5

# ORDER ON APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** Cook

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE** Xavier Payne, Mary A Overto Payne

*Who Started the Case*  |  *First, Middle, and Last Name or Business Name*

**DEFENDANT/RESPONDENT** Southwest Airlines, Keith Dunn

*Who the Case Was Filed Against*  |  *First, Middle, and Last Name or Business Name*

2024L010198

**Case Number**
*(Clerk fills in)*

**Your Name** (applicant): _____ Xavier _____ L. _____ Payne _____

                                    *First*            *Middle*           *Last Name*



**STOP. DO NOT check any boxes or fill in any more blanks on this form.** The judge will complete the rest of the form.

The Court has reviewed the *Application for Waiver of Court Fees* and orders (check 1, 2, 3, or 4):

☒ **1. GRANTED – FULL WAIVER**

    The *Application for Waiver of Court Fees* is **granted**, effective on the date the *Application* was first filed. The applicant qualifies for a **full (100%) waiver** and may participate in this case without payment of fees, costs, or charges, because (check A, B, or C):

    ☒ **A.** The applicant receives **means-based public benefits** under one or more of the following programs:

- SSI (Supplemental Security Income, not Social Security)
- AABD (Aid to the Aged, Blind and Disabled)
- TANF (Temporary Assistance to Needy Families)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

    **– OR –**

    ☐ **B.** The applicant's personal income is **125% or less of the current poverty level** as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

    **– OR –**

    ☐ **C.** Payments of fees, costs, and charges would cause **substantial hardship** for the applicant or their family.

---

*This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

WA-O 604.7                              Page 1 of 3                            (1/24)

Case Number  2024L010198

## ☐ 2. GRANTED – PARTIAL WAIVER

The *Application for Waiver of Court Fees* is granted, effective on the date the *Application* was first filed. The court finds *(check one)*:

☐ **75%** of all fees, costs, and charges are waived. The applicant **must pay 25%** of all fees, costs, and charges because the applicant's available income is more than 125% but not greater than 150% of the current poverty level.

☐ **50%** of all fees, costs, and charges are waived. The applicant **must pay 50%** of all fees, costs, and charges because the applicant's available income is more than 150% but not greater than 175% (50% waiver);

☐ **25%** of all fees, costs, and charges are waived. The applicant **must pay 75%** of all fees, costs, and charges because the applicant's available income is more than 175% but not greater than 200% (25% waiver);

**Income findings are based on the current poverty level** as established by the U.S. Dept. of Health & Human Services, and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**Payment** *(check one)*:

☐ The applicant must pay the fees, costs, and charges currently due by: _____
*Month, Day, Year*

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

_____

_____

## ☐ 3. CONTINUED – APPLICATION IS INCOMPLETE OR FACTUAL ISSUE

*If the court determines that relevant sections of the Application are incomplete or there is a factual issue regarding the applicant's entitlement to a waiver, the applicant must be notified of the deficiencies and given the opportunity to amend the Application and/or be given a remote hearing in accordance with Supreme Court Rule 45, unless the applicant requests an in-person hearing or will already be present in the courthouse on the date of the hearing.*

Relevant sections of the *Application* are incomplete or there is a factual issue about the applicant's eligibility for a fee waiver on the face of the *Application*.

The specific eligibility questions are:

_____

_____

_____

_____

The applicant must *(check all that apply)*:

☐ **A. File an updated (amended)** *Application* that includes the missing information listed above.

Case Number <u>2024L010198</u>

☐ **B. Attend a court date.**

If a hearing is set, it must be set within **30 days** of the date the Application was filed (<u>735ILCS 5/5-105</u>; <u>Illinois Supreme Court Rule 298</u>).

The Application for Waiver of Court Fees is **scheduled for court** on (check all that apply):

Date: _____      Time: _____
      <span style="font-size:smaller">Month, Day, Year</span>                    <span style="font-size:smaller">Include AM or PM</span>

   ☐ **Remotely** (video or telephone option)

      By video conference at: _____
                           <span style="font-size:smaller">Video conference website</span>

      _____
      <span style="font-size:smaller">Video conference log-in information, meeting ID, password, etc.</span>

      By telephone at: _____
                     <span style="font-size:smaller">Call-in number for telephone remote appearance</span>

   ☐ **In person** at: _____                    _____
                     <span style="font-size:smaller">Courtroom Address</span>                          <span style="font-size:smaller">Courtroom Number</span>

   If remote and in-person options are both checked, you may choose either option.

☐ **C. Provide documents.** These documents will **not** be included in the public court file.

   ☐ Provide documents at the hearing.

   ☐ Submit documents before the hearing. Instructions about when and how to submit:

   _____

   Required documents are:

   s _____
   s _____

☐ **4. DENIED – DOES NOT QUALIFY**

The Application for Waiver of Court Fees is **denied**. The applicant does not qualify for a fee waiver because (must state specific reason):

_____

_____

The applicant must pay all the fees, costs, and charges currently due by:

_____
<span style="font-size:smaller">Month Day, Year</span>

**If Application was granted, this order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and all other fees listed in <u>735 ILCS 5/5-105(a)(2)(1)</u>.

**ENTERED:**                              ENTER

Judge: _____          Date: _____
                                      SEP 1 6 2024
                                      <span style="font-size:smaller">Month, Day, Year</span>
                                      KATHY M. FLANAGAN #267

Enter the Case Number given by the Circuit Clerk: _____

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS,**<br>**CIRCUIT COURT**<br><br>**_____ COUNTY** | **PROOF OF SERVICE OF**<br>**SUMMONS AND**<br>**COMPLAINT/PETITION** | For Court Use Only |

| | | |
|---|---|---|
| **Instructions**<br><br>Enter above the county name where the case was filed.<br><br>Enter your name as Plaintiff/Petitioner. | *Xavier L. Payne*<br>*Mary Payne Guardian*<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/Respondents. | *South west airlines*<br>*Keith Dunn*<br>**Defendant / Respondent** *(First, middle, last name)* | *2024L01098* |
| Enter the Case Number given by the Circuit Clerk. | ☒ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
   *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
*First, Middle, Last*

   ☐ Personally on the Defendant/Respondent:

   ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____   Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

   ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
                     *First, Middle, Last*
   ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____   Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the
   above address on this date: _____ .

   ☐ On the Corporation's agent, _____
                                 *First, Middle, Last*
   ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____   Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: *2024L01098*

1. **Defendant/Respondent's address and service information:**

   a. Defendant/Respondent's primary address/information for service:

   Name *(First, Middle, Last):* South West Airlines

   Registered Agent's name, if any: Keith Dunn

   Street Address, Unit #: 2702 Lovefield Dr

   City, State, ZIP: Dallas TX 78235

   Telephone: 800-235-9792 Email: Keith.Dunn@WNCO.COM

   b. If you have more than one address where Defendant/Respondent might be found, list that here:

   Name *(First, Middle, Last):* _____

   Street Address, Unit #: _____

   City, State, ZIP: _____

   Telephone: _____ Email: _____

   c. Method of service on Defendant/Respondent:

   ☐ Sheriff     ☒ Sheriff outside Illinois: Dallas Texas
                                                       County & State

   ☐ Special process server     ☐ Licensed private detective

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached ___2___ Additional Defendant/Respondent Address
              Number

and Service Information forms.

2. **Information about the lawsuit:**

   a. Amount claimed: $ 280,000.00

   ☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

3. **Contact information for the Plaintiff/Petitioner:**

   Name *(First, Middle, Last):* Xavier L Payne / Mary A Dutton Payne

   Street Address, Unit #: 3040 London Dr

   City, State, ZIP: Olympia Fields ILL.

   Telephone: 708-261-6067 Email: Aache2020@icloud.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

4. **Instructions for person receiving this *Summons* (Defendant):**

   ☐ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:

   Address: _____

   City, State, ZIP: _____

SU-S 1503.6

*2024 L000198*

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
First, Middle, Last

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

**By:**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois:

_____
*County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return:  $ _____
Miles _____     $ _____
Total                $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Enter the Case Number given by the Circuit Clerk: 2024 L0 10 198

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| **Instructions** | Xavier Payne |
|---|---|
| Enter above the county name where the case was filed. | Mnny Payne Guardian) **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. Southwest Airlines Keith Dunn) **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

| | **Case Number** |
|---|---|

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
    *First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*Fi ts Middle, Last*

☐ Personally on the Defendant/Respondent:

   ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____ Race: _____

   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address, Unit#: _____

   City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:

   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address, Unit#: _____

   City, State, ZIP: _____

   And left it with: _____
                   *First, Middle, Last*

   ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____ Race: _____

   and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

☐ On the Corporation's agent, _____
                                 *First, Middle, Last*

   ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____ Race: _____

   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address: _____

   City, State, ZIP: _____

2024L010198

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

**By:**

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | *Signature by:* ☐ Sheriff<br>☐ Sheriff outside Illinois: | **FEES**<br>Service and Return: $ _____<br>Miles _____ $ _____<br>Total $ _____ |
|---|---|---|

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Enter the Case Number given by the Circuit Clerk: _____

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| **Instructions** | Xavier L. Payove |
|---|---|
| Enter above the county name where the case was filed. | Mary Payne Guardian |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | South west airlines |
| | Keith Dunn |
| | **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☒ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2024L01098

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
    *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
*First, Middle, Last*

  ☐ Personally on the Defendant/Respondent:
    ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

  ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
    member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
                *First, Middle, Last*
    ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on this date: _____ .

  ☐ On the Corporation's agent, _____
                       *First, Middle, Last*
    ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **By:**<br>_____<br>*Signature by:*  ☐ Sheriff<br>  ☐ Sheriff outside Illinois:<br><br>_____<br>*County and State*<br>☐ Special process server<br>☐ Licensed private detective<br><br>_____<br>*Print Name* | **FEES**<br>Service and Return: $ _____<br>Miles _____  $ _____<br>Total  $ _____ |

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Xavier L Payne

Mary A. Overton Payne Guardian

3040 Olympia Fields, IL 60461

708-261-6067

Case # 55214190

Southwest Airlines

Kenith.dunn@wnco.com

IFLYSWA

F I L E D

SEP 16 2024

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

This is an official lawsuit for the negligence, damage, and a permanent injury to the head, ear, and shoulders of the right side of Xavier Payne's upper body that occurred on September 15, 2022. The injuries resulted because the stewardess rolled him to the first seat on second row next to aisle and asked him to seat in the first seat. The stewardess asked the passenger to place the luggage in the overhead compartment above Xavier's head. The luggage fell from the compartment and damaged the head, ear, and shoulder of Xavier. He has been in great pain and has been under medical treatment since September 15, 2022. He has required physical therapy, CAT SCAN, Head/Cervical/Spine x-rays. He has seen neurologists and ear specialist. He is undergoing pain management and is experiencing anxiety attacks and is experiencing a fear of flying as a result of the injury. Surgery has been recommended for Xavier for ear and shoulder pain. He also experiences extensive headaches. He is requiring the use of pain medications due to the negligence and damages of Southwest Airlines.

I am requesting $2,000,000.00 settlement for pain and suffering and permanent damage, surgery, physical therapy, hospital bills, doctor bills, nursing care, and any future care regarding this injury for Xavier L Payne for this negligence and damages from Southwest Airlines.

Xavier L. Payne

Mary A Overton Payne- Guardian

Enter the Case Number given by the Circuit Clerk: 2024 L0 L0 L98

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions** <br> Enter above the county name where the case was filed. <br> Enter your name as Plaintiff/Petitioner. | Xavier Payne <br> Mmy Payne Guardian) <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. <br> Southwest Airlines <br> Keith Dunn <br> **Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ and I state
       *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middl eLast*

    ☐ Personally on the Defendant/Respondent:
        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
        member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
            *First, Middle, Last*
        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the
        above address on this date: _____

    ☐ On the Corporation's agent, _____
                   *First, Middle, Last*
        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

2024L010198

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

*Signature by:* ☐ Sheriff
           ☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____