Order (12/01/24) CCG 0002

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Payne
v.
Southwest Airlines et al.

No. 2024 L 010198

## ORDER

This matter coming before this Court on Status, the parties present via counsel and the Court being advised in the premises:

IT IS HEREBY ORDERED:

1. The cause of action asserted against Defendant Keith Dunn is hereby voluntarily dismissed without prejudice, and with the right to re-file pursuant to Section 2-1009 of the Illinois Code of Civil Procedure, with costs due upon refiling.

2. The matter shall continue against Defendant Southwest Airlines.

3. Plaintiff is granted leave to Amend the Complaint. The Amended Complaint is to be filed on or before February 26, 2025.

4. Defendant to answer or otherwise plead on or before March 26, 2025.

5. Parties to return for status on April 1, 2025 at 10:00am for status on Pleadings.

Attorney No.: 37346
Name: LaRose & Bosco, Ltd
Atty. for: π
Address: 1011 Lake Street, Suite 100
City/State/Zip: Oak Park, IL 60301
Telephone: 312-642-4414

ENTERED:

Dated:

Judge Maureen O. Hannon

Judge's No.

JAN 29 2025

Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois

Circuit Court - 2169

**EXHIBIT 2**